RICE, Appellant, v. BUTLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Mary Rice, by guardian, against William Allen Butler. No opinion. Leave to appeal to the court of appeals granted, on the ground that the case involves a question of law, which ought to be reviewed by that court. See 49 N. Y. Supp. 494.

---

RILEY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1898.) Action by John M. Riley against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

ROBERTS et al. v. ENGEL et al. (Supreme Court, Appellate Division, First Department. March 25, 1898.) Action by John D. Roberts and another against William Engel and another. No opinion. Motion granted, with $10 costs.

---

ROBERTS, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1898.) Action by Elizabeth Roberts against the Nassau Electric Railroad Company. No opinion. Judgment and order reversed, and new trial granted; costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to $1,000 and extra allowance proportionately; and, in case of such stipulation, the judgment, as modified, is unanimously affirmed, without costs to either party.

---

ROCHESTER & C. TURNPIKE ROAD CO., Plaintiff, v. PAVIOUR, Defendant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by the Rochester & Charlotte Turnpike Road Company against Robert S. Paviour. No opinion. Defendant's exceptions overruled, and judgment ordered for the plaintiff on the verdict, with costs. See Marshall v. De Cordova (opinion of Van Brunt, P. J., decided March 11, 1898) 50 N. Y. Supp. 294; Suarez v. De Montigny, 1 App. Div. 494, 37 N. Y. Supp. 503, affirmed 153 N. Y. 678, 48 N. E. 1107.